1  **DAVID M.C. PETERSON**
   California Bar No. 254498
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, California 92101-5008
   Telephone:    (619) 234-8467
4  Facsimile:    (619) 687-2666
   Email:        David_Peterson@fd.org
5
6  Attorneys for Defendant
7
8                   UNITED STATES DISTRICT COURT
9                   SOUTHERN DISTRICT OF CALIFORNIA
10                      **(HONORABLE JAN M. ADLER)**

11  UNITED STATES OF AMERICA,           )  CASE NO. 08MJ1656
                                        )
12           Plaintiff,                 )
                                        )
13  v.                                  )
                                        )  **NOTICE OF APPEARANCE**
14  ALVARO SALIDO-CANDERO,              )
                                        )
15           Defendant.                 )
                                        )
16  _____

17          Pursuant to implementation of the CM/EMF procedures in the Southern District of
18  California, David M.C. Peterson, Federal Defenders of San Diego, Inc., files this Notice of Appearance as
19  lead attorney in the above-captioned case.

20                                          Respectfully submitted,
21
22  Dated: June 3, 2008                     */s/ DAVID M. C. PETERSON*
                                            DAVID M.C. PETERSON
23                                          Federal Defenders of San Diego, Inc.
                                            Attorneys for Defendant
24                                          David_Peterson@fd.org
25
26
27
28

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated:  June 3, 2008                                         /s/ *DAVID M. C. PETERSON*
DAVID M.C. PETERSON
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA  92101-5030
(619) 234-8467  (tel)
(619) 687-2666  (fax)
David_Peterson@fd.org (email)

2