UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
        Plaintiff )
        ) CRIMINAL NO. 08mj1656
        )
vs. ) ORDER
        ) RELEASING MATERIAL WITNESS
Alvaro Salido-Garcia )
        ) Booking No.
        Defendant(s) )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**)

Maricruz Valentin-Martinez

DATED: 6-10-08

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
        DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk
by _____
Deputy Clerk
R. Rhone